**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**EMMIT D. CRUM,**

    **Petitioner,**

**v.**                                                 **Case No. 3:11cv480/RV/CJK**

**MICHAEL D. CREWS,**

    **Respondent.**
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 25, 2013. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and the objections thereto timely filed (doc. 31), I have determined that the Report and Recommendation should be adopted. As to the petitioner's claim regarding the denial of his "mere presence" jury instruction ("Ground One"), I do note that the Florida Standard Jury instruction 5.3 for Criminal Conspiracy leaves much to be desired in both legal and clarity aspects. However, it has apparently been in effect since 1981 and accepted by the

Florida Courts. Further, the "mere presence" requested instruction (but not the others) is a correct statement of the law, and may have aided the jury in better understanding the conspiracy instruction. *See, e.g.*, the current Eleventh Circuit's Criminal Pattern Instruction No. 100: "But simply being present . . . doesn't establish proof of a conspiracy." Yet, failure to give a "mere presence" instruction "cannot constitute a basis for habeas relief unless the error 'so infected the entire trial that the resulting conviction violates due process.'" See Jacobs v. Singletary, 952 F.2d 1282, 1290 (11th Cir. 1992) (citation omitted). Given the record of trial evidence in this case, there is nothing to indicate that occurred.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 28) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 16), challenging the judgment of conviction and sentence in *State of Florida v. Emmitt Dewayne Crum, Jr.* in the Circuit Court for Escambia County, Florida, Case No. 06-CF-4535 is DENIED.

3. The Clerk shall close the file.

4. A certificate of appealability is DENIED

DONE AND ORDERED this 5th day of September, 2013.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**